UNITED STATES v. GULF, C. & S. F. RY. CO.

(Circuit Court of Appeals, Fifth Circuit. February 8, 1919.)

No. 3197.

In Error to the District Court of the United States for the Southern District of Texas; Waller T. Burns, Judge.

Action by the United States against the Gulf, Colorado & Santa Fé Railway Company. Judgment for defendant, and the United States brings error. Reversed.

John E. Green, Jr., U. S. Atty., of Houston, Tex., and Roscoe F. Walter, Sp. Asst. U. S. Atty., of Washington, D. C., for the United States.

J. W. Terry and Ballinger Mills, both of Galveston, Tex. (Terry, Cavin &

Mills, of Galveston, Tex., John G. Gregg, of Ft. Worth, Tex., and Frank J. Wren, of Galveston, Tex., on the brief), for defendant in error.

Before WALKER and BATTS, Circuit Judges, and GRUBB, District Judge.

WALKER, Circuit Judge. There is no material difference between the facts of this case and those of the case of United States v. Galveston, Houston & Henderson Railroad Co., 255 Fed. 755, —— C. C. A. ——, in the United States Circuit Court of Appeals, Fifth Circuit, present term.

For reasons stated in the opinion rendered in the case cited, the judgment in this case is reversed.